ORIGINAL

| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | MICHAEL E. LASATER<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 057571<br>Federal Office Building |
| 4 | 880 Front Street, Rm. 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7082<br>Michael.Lasater@usdoj.gov |

FILED
08 FEB 22 PM 3: 21
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: cf   DEPUTY

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No 85cr0535T |
|---|---|
| Plaintiff, | ) |
| v. | ) GOVERNMENT'S MOTION TO DISMISS<br>) INDICTMENT AND RECALL ARREST |
| WILLIAM F. PEACOCK (2), | ) WARRANT |
| Defendant. | ) |

COMES NOW the United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Michael E. Lasater, Assistant U.S. Attorney, and hereby moves this Court to dismiss the Indictment against defendant WILLIAM F. PEACOCK filed in the above-captioned case in the interest of justice, as evidence has been destroyed and witnesses are no longer available.

It is further requested that any warrants issued in this case be recalled.

DATED: February 20, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

*/s/ signature*

MICHAEL E. LASATER
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
Email: Michael.Lasater@usdoj.gov

RECEIVED IN DOCKETING
MAR 1 2 2008