FILED
FEB 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _CP_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 85cr0535T |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL OF INDICTMENT AND WITHDRAWAL OF WARRANT |
| WILLIAM F. PEACOCK (2) | |
| Defendant. | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant WILLIAM F. PEACOCK is dismissed.

IT IS FURTHER ORDERED that any warrants issued in this case be recalled.

DATED: 2/22/08

IRMA E. GONZALEZ
CHIEF, U.S. DISTRICT COURT JUDGE

RECEIVED IN
DOCKETING

MAR 1 2 2008